# UNITED STATES DISTRICT COURT
## District of Minnesota

Jamil Washington-Padilla,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1296 NEB/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226(a);

   b. ORDERS that Respondents immediately transfer Petitioner to Minnesota and release Petitioner from custody in Minnesota as soon as practicable, and at a safe time and place, with coordination or at least two hours' advance notice to counsel, but not later than **24 hours** after entry of this Order;

c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects in Respondents' possession, including all personal property seized during Petitioner's arrest such as, but not limited to, Petitioner's driver's license and identification, passport, immigration papers, cell phone, cash, and keys;

d. ORDERS that Respondents not impose any condition of release, including but not limited to ankle monitors, body-worn GPS, telephonic tracking, or use of the SmartLINK Mobile Application; and

e. ORDERS that, within **four days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/14/2026

KATE M. FOGARTY, CLERK